COURT: _____
WESTERN DIST. County, TX

## Case #: 1:15-CV-156 RP

**A PTY LTD**

*Plaintiff*
**vs**
**FACEBOOK, INC.**

*Defendant*

### RETURN OF SERVICE

I, Floyd J Boudreaux, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 02/25/15 9:49 am, instructing for same to be delivered upon Facebook, Inc. By Delivering Through Its Reg. Agent Corporation Service Company.

| | |
|---|---|
| That I delivered to | : Facebook, Inc. By Delivering Through Its Reg. Agent Corporation<br>: Service Company. By Delivering to Sue Vertrees, Customer Service |
| the following | : SUMMONS; ORIGINAL COMPLAINT; EXHIBIT A |
| at this address | : 211 East 7th Street  Ste. 620<br>: Austin, Travis County, TX 78701 |
| Manner of Delivery | : by PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : FEB 25, 2015 10:10 am |

My name is Floyd J Boudreaux, my date of birth is JAN 10th, 1943, and my address is Professional Civil Process Downtown, 2211 S. IH 35, Suite 203, Austin TX 78741, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County, State of Texas, on the ___25___ day of ___FEB___, 20_15_.

_____
Floyd J Boudreaux                      /Declarant

Texas Certification#: SCH-3506 Exp. 02/28/17

Private Process Server
Professional Civil Process Of Texas, Inc        PCP Inv#: Z15200232
103 Vista View Trail Spicewood TX 78669         SO  Inv#: A15206143
(512) 477-3500

AX02A15206143
tomcat

+ Service Fee:  65.00
  Witness Fee:    .00
  Mileage Fee:    .00

                           Ellwanger, Jay

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Austin Division

| | |
|---|---|
| A PTY LTD. | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:15-cv-156-RP |
| FACEBOOK, INC. | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FACEBOOK, INC.
c/o Corporation Service Company
211 East 7th Street, Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William M. Parrish
DiNovo Price Ellwanger & Hardy LLP
7000 North MoPac Expressway, Suite 350
Austin, Texas 78731
(512) 539-2626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

Date: _____02/24/2015_____

*Amanda Deichert*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-156-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                         *Server's signature*

                                                    _____
                                                         *Printed name and title*


                                                    _____
                                                         *Server's address*

Additional information regarding attempted service, etc: