NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**A PTY LTD.,**
*Plaintiff-Appellant*

v.

**AMAZON.COM, INC., FACEBOOK, INC., GOOGLE, INC., HOMEAWAY, INC.,**
*Defendants-Appellees*

---

2016-1860, -1862, -1863, -1864

---

Appeals from the United States District Court for the Western District of Texas in Nos. 1:15-cv-00154-RP, 1:15-cv-00156-RP, 1:15-cv-00157-RP, and 1:15-cv-00158-RP, Judge Robert L. Pitman.

---

**ON MOTION**

---

Before PROST, *Chief Judge,* MOORE and CHEN, *Circuit Judges.*

CHEN, *Circuit Judge.*

### O R D E R

A Pty Ltd. moves to voluntarily withdraw its appeals, with each party to bear its own costs. Facebook, Inc. and

2                                             A PTY LTD. v. AMAZON.COM, INC.

HomeAway, Inc., do not oppose withdrawal but move for an award of costs on appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeals is granted. The appeals are dismissed.

(2) The motion for costs is denied. Each side shall bear its own costs.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31

ISSUED AS A MANDATE: November 29, 2016